# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACIE KEEFER,** *Plaintiff* v. **FRESH VIEW SOLUTIONS.,** **Defendant** | Case No.: 3:15-cv-02424-WJN |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: February 26, 2016

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Manny Newburger, Esq.
Barron, Newburger & Sinsley, PLLC
1212 Guadalupe Street
Suite 102
Austin, TX 78701

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff