UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRACIE KEEFER,<br>    Plaintiff | : | CIVIL ACTION NO. 3:15-CV-2424 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| FRESH VIEW SOLUTIONS,<br>    Defendant | : | |

## ORDER

**AND NOW, ON THIS 29TH DAY OF FEBRUARY, 2016**, upon consideration of the Plaintiff's notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Doc. 6), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned action is **DISMISSED** with prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**